In the Matter of the Accounting of WILLIAM J. RILEY, as Administrator of the Estate of JOHN MARTIN, Deceased.

WILLIAM J. RILEY, Individually and as Administrator, et al., Appellants; DENNIS GREELEY et al., Respondents.

*Matter of Riley,* 109 App. Div. 915, affirmed.

(Argued January 9, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

November 24, 1905, which affirmed a decree of the Kings County Surrogate's Court directing distribution of the estate of John Martin, deceased.

*John R. Kuhn* and *P. J. McGoldrick* for appellants.

*Melville J. France* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.